IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY LOU COLLINS, LISA JARAMILLO,
KIM CHAVEZ, and ANN CHAVEZ,

      Plaintiffs,

v.                                No: CIV-09-00634 JCH/WDS

ROGER BUSTAMANTE, HELEN CARR,
ALLEN COOPER, ARLENE HICKSON,
ROBERT ULIBARRI, LINDA HERNANDEZ,
MARLA PEREZ, ALBERTA KANAWITE,
IRENE FERNANDEZ, LADONNA CECIL,
TRACY JONES, in their individual capacities,
THE NEW MEXICO CORRECTIONS
DEPARTMENT, CORRECTIONAL MEDICAL
SERVICES, and CORRECTIONS
CORPORATION OF AMERICA,

      Defendants.

## ORDER ENLARGING PRETRIAL DEADLINES AND VACATING SEPTEMBER 24, 2010 SETTLEMENT CONFERENCE

      This matter is before the Court on the parties' unopposed motion to enlarge pretrial deadlines. The parties demonstrated good cause.

      It is therefore Ordered that the following deadlines are enlarged:

| | |
|---|---|
| Defendants' deadline to identify damages experts: | September 30, 2010 |
| Discovery deadline: | November 30, 2010 |
| Discovery motions: | December 10, 2010 |
| Dispositive motions: | January 17, 2011 |
| Pretrial Order Submission: | |
|     Plaintiffs to Defendants: | March 23, 2011 |
|     Defendants to Court: | April 4, 2011 |

The September 29, 2010 Settlement Conference
is vacated and reset for: December 7, 2010

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE