IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARY LOU COLLINS, LISA JARAMILLO,
KIM CHAVEZ and ANN CHAVEZ,**

      **Plaintiffs,**

v.                                                No CIV 09-00634 JH/WDS

**ROGER BUSTAMANTE, HELEN CARR,
ALLEN COOPER, ARLENE HICKSON,
ROBERT ULIBARRI, LINDA HERNANDEZ,
MARLA PEREZ, ALBERTA KANAWITE,
IRENE FERNANDEZ, LADONNA CECIL,
TRACY JONES, in their individual capacities,
THE NEW MEXICO CORRECTIONS
DEPARTMENT, CORRECTIONAL MEDICAL
SERVICES and CORRECTIONS CORPORATION
OF AMERICA,**

      **Defendants.**

## ORDER ON PLAINTIFFS' MOTION TO COMPEL

This matter having come before the Court on plaintiffs' Motion to Compel, the Court having considered the parties' written submissions, as well as the parties' argument at the hearing conducted on August 19, 2010, and the Court being well advised in the premises

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. Counsel for defendant CMS will compile a list of lawsuits with Correctional Medical Services as a named party by searching the public records of New Mexico from November, 2003 through November, 2008. This list will include the name of the lawsuit, court cause number, court in which the case was filed and disposition of the case;

2. Defendant CMS will provide a list of inmate lawsuits alleging sexual misconduct by CMS staff, whether employed or contracted, that were excluded from insurance coverage

nationwide from November, 2003 through November, 2008;

3. Defendant CMS will provide a list of any inmate reports alleging sexual misconduct of CMS staff (employed or contracted) at any of CMS' New Mexico sites from December, 2005-December, 2008;

All of the foregoing information provided by defendant CMS will be subject to the Confidentiality Order previously entered in this case.

_____
The Honorable W. Daniel Schneider
U.S. Magistrate Judge

Approved by:

*Electronically approved on 9/30/10*
Mark Fine, Esq.

*Electronically approved on 9/30/10*
Christina G. Retts, Esq.

*/s/ Electronically by Deborah D. Wells*
Deborah D. Wells, Esq.