**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LISA JARAMILLO and KIM CHAVEZ,**

        **Plaintiffs,**

**vs.**                                              **CIV No. 09-634 JCH/WDS**

**ARLENE HICKSON, ROBERT
ULIBARRI, LINDA HERNANDEZ,
and CORRECTIONS CORPORATION
OF AMERICA,**

        **Defendants.**

**<u>FINAL JUDGMENT</u>**

        On November 5, 2012, this action came on for a jury trial before the Court.  The issues having been tried and the jury having duly rendered its verdict on November 15, 2012,

        **IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that:

        (1) Judgment is entered in favor of Defendants Corrections Corporation of America ("CCA") and Robert Ulibarri on Plaintiff Lisa Jaramillo's claims for negligence under New Mexico State law, and Plaintiff Jaramillo's claims for negligence against CCA and Ulibarri are **DISMISSED WITH PREJUDICE;**

        (2) Judgment is entered in favor of Plaintiff Jaramillo on her claim that Defendants Ulibarri and Arlene Hickson violated her First Amendment right to be free from retaliation;

        (3) Judgment is entered in favor of Defendant Linda Hernandez on Plaintiff Jaramillo's claim that Hernandez violated Jaramillo's First Amendment right to be free from retaliation, and Plaintiff Jaramillo's claim for retaliation against Hernandez is **DISMISSED WITH PREJUDICE;** and

        (4) Judgment is entered in favor of Defendants CCA and Robert Ulibarri on Plaintiff Kim

Chavez' claims for negligence under New Mexico State law, and Plaintiff Chavez' claims for negligence against CCA and Ulibarri are **DISMISSED WITH PREJUDICE.**

  In accordance with the Jury's Special Verdict, **IT IS FURTHER ORDERED** that Plaintiff Lisa Jaramillo is entitled to $3,000 in compensatory damages and $40,000 in punitive damages from Defendant Ulibarri; as well as $3,000 in compensatory damages and $20,000 in compensatory damages from Defendant Hickson.

_____

UNITED STATES DISTRICT COURT JUDGE